# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

141718

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND HAROLD HAEGER,
      Defendant-Appellant.

SC: 141718
COA: 297099
Alpena CC: 92-004303-FH

_____/

On order of the Court, the application for leave to appeal the July 26, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We further ORDER that this case be argued and submitted to the Court of Appeals together with the case of *In re Parole of Michelle Elias* (Docket No. 142198), which we remanded to the Court of Appeals for consideration as on leave granted by order dated February 2, 2011, at such future session of the Court of Appeals as both cases are ready for submission.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

p0126